IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mcnutt Sr, Bernard | Case Number: 06 B 16087 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 12/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: April 9, 2008
Confirmed: March 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,565.07 | |
| Secured: | | 20,402.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,162.55 |
| Other Funds: | | 0.00 |
| Totals: | 21,565.07 | 21,565.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 709.20 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 25,320.81 | 19,064.37 |
| 3. | Cook County Treasurer | Secured | 1,294.43 | 175.00 |
| 4. | Barnes Auto Finance | Secured | 2,051.81 | 276.08 |
| 5. | South Chicago Motors | Secured | 2,160.19 | 286.08 |
| 6. | HomEq Servicing Corp | Secured | 33,148.92 | 600.99 |
| 7. | RoundUp Funding LLC | Unsecured | 839.68 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 31.72 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 357.78 | 0.00 |
| 10. | Barnes Auto Finance | Unsecured | 213.56 | 0.00 |
| 11. | Brinks | Unsecured | | No Claim Filed |
| 12. | U S Cellular | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 66,128.10 | $ 20,402.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 15.80 |
| 5.4% | 1,146.75 |
| | $ 1,162.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mcnutt Sr, Bernard | Case Number:  06 B 16087 |
| | Judge:  Squires, John H |
| Printed:  5/20/08 | Filed:  12/6/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____